# Court of Appeals
# of the State of Georgia

ATLANTA, _July 15, 2025_

*The Court of Appeals hereby passes the following order:*

**A25D0458. JASON LAMONT CALLAHAN v. THE STATE.**

A jury found Jason Lamont Callahan guilty of two counts of aggravated sexual battery and six counts of child molestation. The trial court sentenced him to life to serve in confinement. Following the denial of his motion for new trial, Callahan filed this timely application for discretionary appeal.

The order denying Callahan's motion for new trial is a directly appealable judgment. See OCGA § 5-6-34 (a) (1). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Callahan shall have ten days from the date of this order to file a notice of appeal with the superior court. See OCGA § 5-6-35 (g). The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_07/15/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*